**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-7269**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MICHAEL TODD ROZELLE,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, Chief District Judge.  (3:92-cr-00284-FDW-7)

Submitted:  April 4, 2019                                       Decided:  April 9, 2019

Before NIEMEYER and HARRIS, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Todd Rozelle, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Todd Rozelle appeals the district court's text order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction.  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court. *United States v. Rozelle*, No. 3:92-cr-00284-FDW-7 (W.D.N.C. Oct. 1, 2018).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*